UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KAREN A. ATWOOD,

    Plaintiff,                                  Case No. 3:20-cv-107

vs.

DELTA AIRLINES, INC., et al.,         District Judge Michael J. Newman
                                                  Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

---

### ORDER CONDITIONALLY DISMISSING THIS CASE

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

February 25, 2022                                                    s/Michael J. Newman
                                                                       Hon. Michael J. Newman
                                                                       United States District Judge